**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| D'ANGELO OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL CREDIT MANAGEMENT, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02700-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed June 17, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Motion to Dismiss with Prejudice (ECF No. 10), filed August 8, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 17, 2026
Date